UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00061-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DUSTIN ALLEN PFEIFFER,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, March 19, 2010,** and responses to these motions shall be filed by **Monday, March 29, 2010.**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, April 12, 2010, at 9:00 a.m.** in courtroom A-1002.  Finally, it is

ORDERED that the parties shall promptly notify the Court if a hearing on pending motions and/or final trial preparation conference needs to be set in this matter.

Dated this 5th day of February, 2010.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge