UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00061-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DUSTIN ALLEN PFEIFFER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

The Change of Plea Hearing set for **Thursday, July 1, 2010, at 4:00 p.m.** is **VACATED** and **RESET** for **Tuesday, August 3, 2010, at 9:30 a.m.**

**Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

Dated: June 10, 2010