UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00061-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DUSTIN ALLEN PFEIFFER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing set for **Friday, September 24, 2010, at 4:00 p.m.** is **VACATED** and **RESET** for **Tuesday, October 5, 2010, at 1:30 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: September 20, 2010